Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**COUNSEL FOR REDLAND 1604 HOSPITALITY, LTD.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **REDLAND 1604 HOSPITALITY, LTD.,** | § | **CASE NO. 11-53154-RBK-11** |
| | § | **CHAPTER 11** |
| Debtor. | § | |

## APPLICATION FOR FINAL DECREE

TO THE HONORABLE RONALD B. KING,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Redland 1604 Hospitality, Ltd., debtor in the above-captioned case (the "Debtor') under a confirmed Chapter 11 Plan, hereby requests the Court to enter a final decree in the Chapter 11 case pursuant to Section 350 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3022, as follows:

1. The Debtor filed the above-referenced case under Chapter 11 of the Bankruptcy Code on September 7, 2011. The Debtor confirmed its Amended Liquidating Plan of Reorganization (the "Plan") [Docket No. 146] by order entered on July 19, 2012 (the "Confirmation Order") [Docket No. 223, later amended by Docket No. 228].

2. The Plan became effective on July 23, 2012. *See* Notice of Occurrence of Effective Date [Docket No. 230]. The Debtor has made all payments and distributions required under the Plan and has fully administered its assets.

3. Federal Rule of Bankruptcy Procedure 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

4. The Debtor has fully administered the property of the estate, and this case is ready to be closed with an entry of a final decree.

5. Pursuant to L. Rule 9013 (c)(B), the Debtor has served this Application on the twenty largest unsecured creditors, any parties who have filed a notice of appearance, and the United States Trustee, as set forth on the attached Master Service List.

WHEREFORE, the Debtor respectfully requests this Court to enter an Order of Final Decree closing the Chapter 11 case and granting the Debtor such other and further relief as the Court deems just and proper.

Dated: December 11, 2012.                    Respectfully submitted,

*/s/ Melanie P. Goolsby*
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**COUNSEL FOR REDLAND 1604 HOSPITALITY, LTD.**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that, on December 10, 2012, I conferred with Mr. James Rose, counsel for the United States Trustee, who indicated that the United States Trustee does not oppose the relief requested in this Application.

*/s/ Melanie P. Goolsby*
Melanie P. Goolsby

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, December 11, 2012, I caused to be served the foregoing pleading upon the parties on the Master Service List attached hereto via the Court's electronic transmission facilities and/or United States mail, first class delivery.

*/s/ Melanie P. Goolsby*
Melanie P. Goolsby